# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

NATIONSRENT, INC., ET AL.,

        Debtors.      x

NATIONSRENT UNSECURED
CREDITOR'S LIQUIDATING TRUST,
PERRY MANDARINO, NOT
PERSONALLY, BUT AS TRUSTEE

        Plaintiff,

v.

OFFICE MANAGEMENT SYSTEMS,

        Defendant.      x

Case No. 01-11628 (PJW)
Jointly administered
Chapter 11

04cv742 (KAJ)

## CERTIFICATE OF SERVICE

I, Judy Jones, hereby certify that on November 8, 2005 I caused to be served a true and correct copy of the Initial Disclosures upon the attached service list as indicated.

**VIA U.S. MAIL**
Brian Brennan, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068

**VIA HAND DELIVERY**
Chris Ward, Esq.
Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19808

CROSS & SIMON, LLC

Dated: November 8, 2005

/s/ Judy Jones
Judy Jones (Bar I.D. No. 3521)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
302-777-4200
302-777-4224 (facsimile)