**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

NATIONSRENT, INC., ET AL.,

             Debtors.

Case No. 01-11628 – 01-11639 (PJW)
Jointly administered
Chapter 11

_____

NATIONSRENT UNSECURED
CREDITORS' LIQUIDATING TRUST,
PERRY MANDARINO, NOT
PERSONALLY, BUT AS TRUSTEE

             Plaintiff,

v.

OFFICE MANAGEMENT SYSTEMS, INC.
             Defendant.

District Court Case No. 04-CV-742 (KAJ)

_____

**NOTICE OF SERVICE**

      I, Judy M. Jones, Esquire, hereby certify that on February 15, 2006, I caused copies of the attached Defendant's Combined (1) First Request for Admission, (II) First Request for Production of Documents, and (III) First Set of Interrogatories Directed to Plaintiff to be served on the following parties in the manner indicated:

**BY HAND DELIVERY**

Neil B. Glassman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

**VIA FIRST CLASS MAIL**

Susan Ericksen
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Dated:  February 15, 2006      CROSS & SIMON, LLC

             By:  /s/ Judy Jones
                Judy M. Jones (No. 3521)
                Richard H. Cross, Jr. (No. 3576)
                913 N. Market Street, 11th Floor
                P.O. Box 1380
                Wilmington, Delaware  19899-1380
                302-777-4200
                302-777-4224 (fax)
                Attorneys for Defendant, Office Management
                Systems, Inc.