## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 9th day of March, 2006, I caused a true and correct copy of the **Notice of Deposition and Request for Production of Documents Pursuant to Federal Rules of Bankruptcy Procedure 7030 and 7034**, to be served upon the party listed below in the manner indicated.

## VIA HAND DELIVERY

Amy E. Evans, Esquire
*Cross & Simon, LLC*
913 North Market Street
Suite 1001
Wilmington, DE 19801

_____
Mary E. Augustine (No. 4477)

619781v1