IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NATIONSRENT, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE MANAGEMENT SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 04-CV-0742 (KAJ) |

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY** stipulated and agreed between the Plaintiff, Perry Mandarino, not personally, but as Trustee for the NationsRent, Inc. Unsecured Creditor's Liquidating Trust, and the Defendant, Office Management Systems, Inc., that the above-referenced adversary proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

630221v1

Dated: 8/7, 2006

THE BAYARD FIRM

_____
Neil B. Glassman, Esquire (No. 2087)
Ashley B. Stitzer, Esquire (No. 3891)
Mary E. Augustine, Esquire (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone:   (302) 655-5000

Counsel for Perry Mandarino, not personally, but as Trustee for the NationsRent Unsecured Creditor's Liquidating Trust

CROSS & SIMON, LLC

_____
Richard H. Cross (Bar I.D. No. 3576)
Amy Evans (Bar I.D. No. 3829)
913 North Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE 19801
Telephone:   (302) 777-4200
Facsimile:   (302) 777-4224
Email:       rcross@crosslaw.com
             aevans@crosslaw.com

Counsel for Office Management Systems, Inc.